# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANYELL DANIELS and
MICHAEL BURTON,

       Plaintiffs,           Case No. 2:16-cv-12265-RHC-APP

v

VAN CAR COMPANY, INC, *et al.*

       Defendants.

_____/

| | |
|---|---|
| Adam G. Taub (P48703) | Stephen W. King (P56456) |
| ADAM G. TAUB & ASSOCIATES | KING & MURRAY PLLC |
| Attorney for Plaintiff Danyell Daniels | Attorney for Defendant Credit Acceptance Corporation |
| 17200 W. 10 Mile Rd., Ste. 200 | 355 S. Old Woodward, Ste. 100 |
| Southfield, MI 48075 | Birmingham, MI 48009 |
| (248) 746-3790 | (248) 792-2398 |
| adamgtaub@clgplc.net | sking@kingandmurray.com |

_____/

## STIPULATED ORDER DISMISSING COMPLAINT AGAINST CREDIT ACCEPTANCE ONLY

Upon the stipulation of Plaintiffs Danyell Daniels and Michael Burton ("Plaintiffs") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), and the Court being advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint against Credit Acceptance only is dismissed in its entirety with prejudice and without costs to either party.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 30, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

| | |
|---|---|
| /s/Adam G. Taub | /s/Stephen W. King |
| Adam G. Taub (P48703) | Stephen W. King (P56456) |
| ADAM G. TAUB & ASSOCIATES | KING & MURRAY PLLC |
| Attorney for Plaintiff Danyell Daniels | Attorney for Defendant Credit Acceptance Corporation |
| 17200 W. 10 Mile Rd., Ste. 200 | 355 S. Old Woodward, Ste. 100 |
| Southfield, MI 48075 | Birmingham, MI 48009 |
| (248) 746-3790 | (248) 792-2398 |
| adamgtaub@clgplc.net | sking@kingandmurray.com |